


**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**580 - MICHAEL E. DEBAKEY VAMC - HOUSTON - VISN 16**
**2002 HOLCOMBE BLVD.**
**HOUSTON, TX, 77030-4298**

## Incident Report

**Reported by:** GARRETT, JOHN C

| | | |
|---|---|---|
| **Incident Types Label** FEDERAL : CFR : 38 CFR 1.218(B) : [90C] - (11) DISORDERLY CONDUCT | **Incident Disposition** CLOSED | |
| **Offender** SMITH, JOHNATAN WESLEY (SUSPECT) | | |

| Report Disposition | Method of Reporting | |
|---|---|---|
| **CLOSED** | **VA EMPLOYEE** | |
| Report Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified |
| **GARRETT, JOHN C** | | **YES** |
| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
| **10/02/2020 at 0935** | **10/02/2020 at 1000** | **10/02/2020 at 0935** |
| Location | | Specific Location |
| **MICHAEL E. DEBAKEY VA MEDICAL CENTER - HOUSTON : CBOCS/OPCS : CONROE CBOC** | | |

**Report Synopsis/Overview**

A walk-in patient became loud and argumentative about his medical appointment which he missed the day before. Staff encourage him to relax and asked if he would stay to complete his appointment and lab. Patient refused medical treatment and departed without further incident.

### Contact # 1 (VA EMPLOYEE)

**Full Name**
**PAM PATTERSON**

| Drivers License | Drivers License State | Email Address |
|---|---|---|
| **13832548** | **TX** | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| | | **FEMALE** | **WHITE** |

| Department | Title |
|---|---|
| **MENTAL HEALTH** | |

#### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| **9199** | | **PEGGY** | **DRIVE** | |
| City | State | Zip | Country | Address Type |
| **MONTGOMERY** | **TX** | **77316** | | |

### Contact # 2 (VA EMPLOYEE)

**Full Name**
**KAREN KAYE CARDIEL**

| Drivers License | Drivers License State | Email Address |
|---|---|---|
| | | |

| Prepared By: | Submitted Date |
|---|---|
| GARRETT, JOHN C (JOHN.GARRETT6@VA.GOV) | 10/02/2020 1426 |
| Signature | Reviewed By/Date |
| | 4/30/2021 |

VAPD Officer informed by COPC Staff of a loud and agitated patient in the in room 3A-105. Officer Garrett responded.

On 02 Oct 20, Veteran Affairs (VA) Police Officer J. Garrett, assigned to the VA Conroe Outpatient Clinic (COPC), was alerted by COPC staff of a loud and agitated patient in 3A-105.

On 02 Oct 20, I was notified by License Vocational Nurse Pam Patterson (E-2123) and RN Kim Cardael (E-0671) about a patient who was in a manic state, argumentative and loud. When VA Police tried to ask the patient what his name was, he stated that I did not have jurisdiction over him and the clinic, and I was a public servant. I tried to identify myself as VA Police Officer when he interrupted me again and talked over me. The patient also stated he wanted the supervisor of the clinic to come to the room and he would not leave until he saw a doctor.

To de-escalate the situation, I backed away from the doorway to give him time to calm down from his manic state and stayed in the hallway outside the door. The nurse manager Pedro Leon (E9618), arrived to talk with the patient and encouraged him to relax and listen to the recommendations of his nurses. The patient was later identified by RN Cardel as Johnathan Smith (P-9204). The Nurse Manager requested laboratory work be completed at that moment and another appointment be scheduled for a future date. Mr. Smith was not escorted to the lab on the 4th floor because he decided to leave the clinic. I observed Smith get on his Can-Am (three wheeled motorcycle) and drive out of the parking lot. I did not issue a USDCVN due to his emotional manic state.

I interviewed RN Karen Cardiel (E-0671) who stated Smith presented to MH clinic as a walk-in. Cardiel stated Smith said someone told him to walk in to see a MH provider for medications. Smith was then informed he was being seen by Mental Health Nurse to schedule appointment with a MH provider. Smith became irate, and loud stating he had been trying to receive medications for two weeks. Smith was hyperverbal, manic, and not allowing her to finish speaking. Smith has not been seen for mental health before. Smith was informed the clinic was trying to contact him to complete his assessment which needed before being prescribed medications. Smith became argumentative, and stated he was not going to leave until he saw a supervisor of the clinic. Supervisors and Police were contacted for continued support. Dr. Nemirovskiy notified of a telehealth appointment with her at 3 pm for Veteran Smith and he was encouraged to complete his labs ordered yesterday from his PCP.

Smith declined medical treatment and left the clinic. No further police action taken. Request case be closed to file.

| Prepared By: | Submitted Date |
|---|---|
| GARRETT, JOHN C(JOHN.GARRETT6@VA.GOV) | 10/02/2020 1426 |
| **Signature** | **Reviewed By/Date** |
| [signature] | [signature] 4/30/2021 |




Case Number

**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**580 - MICHAEL E. DEBAKEY VAMC - HOUSTON - VISN 16**
**2002 HOLCOMBE BLVD.**
**HOUSTON, TX, 77030-4298**

## Incident Report

Reported by: **CARROLL, SCOTT T**

| Incident Types Label | FEDERAL : CFR : 38 CFR 1.218(B) : [90C] - (11) DISORDERLY CONDUCT (MISDEMEANOR) | Incident Disposition | CLOSED |
|---|---|---|---|
| Offender | SMITH, JONATHAN WESLEY (SUSPECT) | | |

| Report Disposition | Method of Reporting | | |
|---|---|---|---|
| **CLOSED** | **OFFICER OBSERVED** | | |
| Report Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified | |
| **CARROLL, SCOTT T** | **SMTIH, NGENEO A** | **YES** | |
| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In | |
| **12/08/2020 at 1325** | **12/08/2020 at 1410** | **12/08/2020 at 1325** | |
| Location | | Specific Location | |
| **MICHAEL E. DEBAKEY VA MEDICAL CENTER - HOUSTON : CBOCS/OPCS : CONROE CBOC** | | **MAIN LOBBY** | |

Report Synopsis/Overview

VA Police escorted a Veteran who is known to be disruptive and disorderly to and from the screening area of the COPC. Medical Staff elected to negate security measures thus limiting law enforcement action. Veteran then departed the COPC without further incident but was issued a citation for disorderly conduct. Recommend review by the IRAC committee.

### Contact # 1  (SUSPECT)

Full Name
**JONATHAN WESLEY SMITH**

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| **39** | **01/29/1981** | **MALE** | **BLACK** |
| Height | Weight | Hair Color | Eye Color |
| **6'03"** | **200** | **BROWN** | **BROWN** |
| Approx. Age | Demeanor | Build | Clothing |
| **35-44** | | **MEDIUM BUILD** | |

#### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| **5934** | | **BEESTON  HALL** | **COURT** | |
| City | State | Zip | Country | Address Type |
| **SPRING** | **TX** | **77388** | | |

Phones :
**(N/A) 8325606552**

### Contact # 2  (WITNESS)

Full Name
**CHRISTIE LOOP**

| Prepared By: | Submitted Date |
|---|---|
| CARROLL, SCOTT T(SCOTT.CARROLL@VA.GOV) | 12/25/2020 1553 |
| Signature | Reviewed By/Date |
| *Scott Carroll* | 2/1/21 |

| Case Number | 580201974 | | | |
|---|---|---|---|---|
| Age | Date of Birth | Gender<br>FEMALE | Race<br>WHITE | |
| Department<br>MEDICAL SERVICE | | | Title<br>REGISTERED NURSE | |

### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| 690 | SOUTH | 336 WEST | | LOOP | |
| City | | State | Zip | Country | Address Type |
| CONROE | | TX | 77304 | | |

Phones :
(N/A) 9365224000

### Contact # 3 (WITNESS)

| Full Name |
|---|
| PEDRO LEON |

| Age | Date of Birth | Gender<br>MALE | Race<br>HISPANIC |
|---|---|---|---|

### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| 690 | SOUTH | LOOP 336 W | | LOOP | |
| City | | State | Zip | Country | Address Type |
| CONROE | | TX | 77301 | | |

Phones :
(N/A) 9365254000

### Narrative text

On 8 Dec 2020, I, Veteran Affairs (VA) Police Department (VAPD) Officer Scott Carroll, assigned to the VA Conroe Out-patient Clinic (COPC) in Conroe, Texas; investigated a disorderly conduct incident at the COPC. The results of that investigation and events preceding said investigation were as follows.

In events preceding this investigation, I had the occasion to investigate and interview patient Jonathan Smith (P-9240) as documented under Incident Report (IR) 580201166 dated 25 Nov 2020. That knowledge was furthered by the investigation and criminal charges for disorderly conduct of Smith as documented under IR 580201192 dated 7 Dec 2020 as written by VAP Officer Jason Armstrong. Officer Armstrong had briefed me of the 7 Dec 2020 incident later that day. That knowledge was furthered by the investigation of disorderly conduct of Smith as documented under IR 580200963 dated 2 Oct 2020 as written by VAPD Officer John Garrett and as discovered by my search of Smith in VAP computer system. Collectively, my knowledge of Smith included numerous examples of rude, vulgar, loud language, disorderly conduct, disruptive behavior and fear amongst COPC staff of Smith's behavior and escalation of violence.

It was with above knowledge, I had discussed security concerns of Smith's upcoming scheduled and possible non-scheduled visits at the clinic with Administrative Officer (AO) Murray on 7 Dec 2020 (the day preceding this investigation). That discussion led to a plan to provide non-invasive medical care to Smith in a secluded/private area of the building lobby. That lobby is the site of the COVID-19 screening which included a temperature check and questionnaire of medical symptoms of patients seeking admission to the COPC. The procedure scheduled for Smith was that of a blood pressure check for 8 Dec 2020 at 1:00 p.m. I then planned on meeting Smith at that time/place to explain the above procedure and ensure the safety of COPC staff.

On 8 Dec 2020 at 1:25 p.m., I observed Smith enter the COPC lobby where he conducted COVID-19 screening as noted above. Following that screening, I, attired in police uniform and recognized by Smith, introduced myself and attempted to explain the scheduled blood

| Prepared By:<br>CARROLL, SCOTT T(SCOTT.CARROLL@VA.GOV) | Submitted Date<br>12/25/2020 1553 |
|---|---|
| Signature<br>*Scott Carroll* | Reviewed By/Date<br>2/1/21 |

pressure test to be conducted at the building lobby. Smith immediately stated to effect, "I don't have to talk to you. I have an appointment". I repeated my attempts to explain and provide the scheduled blood pressure test as planned above. Smith talked over my repeated attempts at explanation, offers of assistance by stating to effect, "Your not my Doctor. You can't talk to me. I don't have to listen to you" at which time Smith's voice became louder and louder.

Smith then used his cell phone to video record me while making audio statements of unfair treatment by myself and his denial of medical care. Smith then stated he would call the Conroe Police Department (CPD). Although unclear who (if anybody) Smith spoke to following that statement, Smith proceeded to talk into his phone describing his denial of medical care (offered repeatedly), his legal rights and distorted history of his previous encounter and charge of disorderly conduct that had occurred the previous day.

Concurrent with above actions, Smith made repeated complaints of chest pain. On each complaint of chest pain, I offered to call 911. Each offer of assistance was countered by Smith stating "No" or deflective comments to effect, "I want my doctor". During said complaints, Smith engaged several visitors entering and leaving the building lobby with statements to effect, "I need help", "The VA wont see me", "I need a Doctor" the VAPD are illegally detaining me. Those statements to unknown visitors caused pedestrian traffic to be interrupted with several unknown visitors showing apparent fear of Smith as evident by shocked facial expressions and purposeful walking well clear of Smith.

Smith's actions, inciteful statements, loud voice and disruptive activity ceased with the arrival of COPC Nurse Manager, RN Pedro Leon. RN Leon had arrived at the lobby to asses the situation and provide medical care as needed. I attempted to inform RN Leon of Smith's history, current actions and security concerns I had for COPC staff. That briefing was made incomplete by RN Leon leaving my brief to attend to the loud and disruptive Smith. RN Leon managed to calm Smith down with promise to check Smith's blood pressure in the COPC treatment room and not private/secluded portion of the previously planned. Upon said agreement, Smith appeared to have ceased having chest pain and used a lower tone and respectful voice in talking with RN Leon. The complete and sudden change of Smith's disorderly, disruptive behavior by achieving his stated goals of accessing the COPC was suggestive of manipulation of COPC staff and false statements concerning his "chest pain".

RN Leon then accompanied Smith to the COPC treatment room where Smith received medical evaluation and departed the COPC without further incident.

Present at the COPC building lobby during above incident was RN Christie Loop (the VA Screener) and VA Police Officer Kebler Velasquez.

As related to the building lobby being used by the VA for screening purposes, I had contacted the Building Manager, Mrs. Kim McVeay. Mrs. McVeay, representing the building owner, had authorized local law enforcement and I to cite Smith for any criminal offenses that occurred on building property outside the VA proper.

Based on above facts and circumstances, I found Smith had committed the crime of Disorderly Conduct as defined under 38 CFR (Code of Federal Regulations) 1.218(b) Rule 11. I then issued Smith United States District Court Violation 9580078(USDCVN) for said offense which will be sent via certified mail to Smith's address on file.

The adjudication of that offense will be documented in a supplemental report to this IR.

In addition to the above, this and similar previous incidents by Smith as noted above, will be sent to the Incident, Review and Assessment Committee (IRAC) for administrative review. That review will also included several Disruptive Behavior Reports of Smith as submitted by various COPC Employees.

This incident should be considered closed to file.

| Prepared By: | Submitted Date |
|---|---|
| CARROLL, SCOTT T(SCOTT.CARROLL@VA.GOV) | 12/25/2020 1553 |
| **Signature** | **Reviewed By/Date** |
| *[signed] Scott Carroll* | *[signed] 2/1/21* |




Case Number

**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**580 - MICHAEL E. DEBAKEY VAMC - HOUSTON - VISN 16**
**2002 HOLCOMBE BLVD.**
**HOUSTON, TX, 77030-4298**

## Incident Report

Reported by: **ARMSTRONG, JASON W**

| Incident Types Label | FEDERAL : CFR : 38 CFR 1.218(B) : [90C] - (11) DISORDERLY CONDUCT | Incident Disposition | CITED AND RELEASED |
|---|---|---|---|
| Offender | SMITH, JONATHAN WESLEY (SUSPECT) | | |

| Report Disposition | Method of Reporting | | |
|---|---|---|---|
| **CLOSED** | **VA EMPLOYEE** | | |
| Report Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified | |
| **ARMSTRONG, JASON W** | **SMTIH, NGENEO A** | **YES** | |
| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In | |
| **12/07/2020 at 1030** | **12/07/2020 at 1130** | **12/07/2020 at 1030** | |
| Location | | Specific Location | |
| **MICHAEL E. DEBAKEY VA MEDICAL CENTER - HOUSTON : CBOCS/OPCS : CONROE CBOC** | | **CONROE CBOC - 3RD FLOOR** | |

Report Synopsis/Overview

VA Police were contacted due to a disorderly patient being upset because he felt he had been waiting too long. The patient began expressing his frustration by using profanity, and refusing to cooperate with staff. The patient was later issued a USDCVN for disorderly conduct and asked to leave the property. The patient refused and was escorted from the clinic with the assistance of Conroe Police.

### Contact # 1 (VA EMPLOYEE)

| Full Name | | | |
|---|---|---|---|
| **DEBBIE MASON** | | | |
| Age | Date of Birth | Gender | Race |
| **52** | **05/08/1968** | **FEMALE** | **WHITE** |
| Department | | Title | |
| **ADMINISTRATIVE SUPPORT** | | **MSA SUPERVISOR** | |

#### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| **690** | **SOUTH** | **336 WEST** | | **LOOP** | |
| City | State | Zip | Country | | Address Type |
| **CONROE** | **TX** | **77304** | | | **WORK** |

Phones :
**(WORK) 9365224000**

### Contact # 2 (BUSINESS - VICTIM)

| Business Name | Business Number |
|---|---|
| **DEPARTMENT OF VETERANS AFFAIRS** | **7137911414** |

| Prepared By: | Submitted Date |
|---|---|
| ARMSTRONG, JASON W(JASON.ARMSTRONG@VA.GOV) | 12/07/2020 2128 |
| Signature | Reviewed By/Date |
| *[signature]* | *[signature]* Cary J Brown  04/15/2021 |

## Addresses

| Street Number | Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| 2002 | | HOLCOMBE | BOULEVARD | |

| City | State | Zip Code | Country | Address Type |
|---|---|---|---|---|
| HOUSTON | TX | 77030 | | WORK |

## Contact # 3 (SUSPECT)

**Full Name**
JONATHAN WESLEY SMITH

| Drivers License | Drivers LicenseState | Email Address |
|---|---|---|
| | | JWSMITH1981@GMAIL.COM |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 39 | 01/29/1981 | MALE | BLACK |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 6'03" | 200 | BROWN | BROWN |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| 35-44 | | MEDIUM BUILD | |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| 5934 | | BEESTON HALL | COURT | |

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| SPRING | TX | 77388 | | |

**Phones:**
(N/A) 8325606552

### Narrative text

On 07 DEC 2020, at 1030 hours, I, Officer Jason Armstrong, assigned as Unit #19, stationed at the Conroe CBOC located at 690 S Loop 336 W, Conroe, TX 77304. I was contacted at the police office in reference to disorderly conduct.

While observing the lobby area on the 3rd floor, I was informed by Lead MSA Debbie Mason (E-5177) that patient, Jonathan Smith (P-9240), was upset because he felt he had been waiting too long and began expressing his frustration by using profane language.

Mason stated she told Smith there was no appointment in the system for him and they could work him in as a walk-in, but he would have to be patient while that happened. Smith had just been taken back to the exam room to have his blood pressure taken. Smith stated he arrived at 0845 and claimed he had a 0900 hours appointment. Smith was taken back to the exam room at 1030 hours. Smith said "this is fucking bullshit".

I attempted to speak with Smith and informed him that he has to be patient and let things happen. Smith refused to listen and said " you don't know what the fuck you are talking about and you don't even need to be here. I haven't done anything wrong."

Smith refused to cooperate and listen to reason. Conroe Police Department was contacted and Officers Troester, Badge #6168 and another officer responded. Troester was taking Smith's information and Smith put his hands in his pockets. Troester told Smith to remove his hands from his pockets. Smith refused and stated he hadn't done anything wrong. The officers moved to either side of Smith and immediately placed him in handcuffs. Smith yelled at the officers "this is bullshit and I haven't done anything wrong".

| Prepared By: | Submitted Date |
|---|---|
| ARMSTRONG, JASON W(JASON.ARMSTRONG@VA.GOV) | 12/07/2020 2128 |

| Signature | Reviewed By/Date |
|---|---|
| [signed] | [signed] Cary J. Brown 4/15/2021 |

Page 2 of 3

Smith's blood pressure was taken and he was escorted from the bldg. The handcuffs were removed from Smith by Officer Troester. No injuries were reported. I issued Smith a USDCVN for disorderly conduct and informed he was not to return for the remainder of the day. Conroe PD Officers told Smith to leave the property and do not return or he would be arrested for Criminal Trespass.

I recommend this case be closed to file following CVB Legal proceedings.

| Prepared By: | Submitted Date |
|---|---|
| ARMSTRONG, JASON W(JASON.ARMSTRONG@VA.GOV) | 12/07/2020 2128 |
| Signature | Reviewed By/Date |
| [signature] | [signature] 4/15/2021 |

| Case Number | 580201166 | | |
|---|---|---|---|



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
580 - MICHAEL E. DEBAKEY VAMC - HOUSTON - VISN 16
2002 HOLCOMBE BLVD.
HOUSTON, TX, 77030-4298



## Incident Report

**Reported by:** CARROLL, SCOTT T

| Incident Types Label | INCIDENTS : NON UCR INCIDENT : INFORMATION REPORT ONLY (NON-CRIMINAL) | Incident Disposition | CLOSED |
|---|---|---|---|
| Offender | SMITH, JONATHAN WESLEY (SUSPECT) | | |

| Report Disposition | Method of Reporting | | |
|---|---|---|---|
| CLOSED | VA EMPLOYEE | | |
| Report Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified | |
| CARROLL, SCOTT T | SMTIH, NGENEO A | YES | |
| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In | |
| 11/25/2020 at 1310 | 11/25/2020 at 1623 | 11/25/2020 at 1310 | |
| Location | | Specific Location | |
| MICHAEL E. DEBAKEY VA MEDICAL CENTER - HOUSTON : CBOCS/OPCS : CONROE CBOC | | 3RD FLOOR LOBBY / TELEPHONE | |

**Report Synopsis/Overview**

VA Police responded to a call for assistance involving a rude, vulgar patient. That patient had left the COPC upon the Officer's arrival. Subsequent phone contacts by same patient, using same rude and vulgar language, to several COPC staff members led to the officer to initiate a report for disorderly conduct. Investigation

### Contact # 1 (SUSPECT)

| Full Name | | | |
|---|---|---|---|
| JONATHAN WESLEY SMITH | | | |
| Drivers License | Drivers LicenseState | Email Address | |
| | | JWSMITH1981@GMAIL.COM | |
| Age | Date of Birth | Gender | Race |
| 39 | 01/29/1981 | MALE | WHITE |
| Approx. Age | Demeanor | Build | Clothing |
| 35-44 | ANGRY | | |

**Addresses**

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| 59354 | | BEESTON HALL | | COURT | |
| City | State | Zip | Country | | Address Type |
| SPRING | TX | 77388 | | | WORK |

**Phones:**
(WORK) 8325606552

### Contact # 2 (WITNESS)

| Prepared By: | Submitted Date |
|---|---|
| CARROLL, SCOTT T(SCOTT.CARROLL@VA.GOV) | 11/30/2020 0908 |
| **Signature** | **Reviewed By/Date** |
| *Scott Carroll* | *[signature] 12/1/2* |

| Full Name | | | | | | |
|---|---|---|---|---|---|---|
| ZULINES DEL TORO | | | | | | |
| Age | Date of Birth | Gender | Race | | | |
| | | FEMALE | HISPANIC | | | |
| Department | | | Title | | | |
| MEDICAL SERVICE | | | REGISTERED NURSE | | | |

**Addresses**

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| 690 | SOUTH | 336 WEST | | LOOP | |
| City | State | Zip | Country | | Address Type |
| CONROE | TX | 77304 | | | WORK |

**Phones:**
(WORK) 9365224000 EX 12000

---

**Contact # 3 (WITNESS)**

| Full Name | | | | |
|---|---|---|---|---|
| CLARA BREAUX | | | | |
| Age | Date of Birth | Gender | Race | |
| | | FEMALE | WHITE | |
| Department | | | Title | |
| ADMINISTRATIVE SUPPORT | | | MEDICAL SUPPORT ASSISTANT | |

**Addresses**

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| 690 | SOUTH | 336 WEST | | LOOP | |
| City | State | Zip | Country | | Address Type |
| CONROE | TX | 77304 | | | WORK |

**Phones:**
(WORK) 9365224000

---

**Contact # 4 (WITNESS)**

| Full Name | | | | |
|---|---|---|---|---|
| VENESSA A KLEIN | | | | |
| Age | Date of Birth | Gender | Race | |
| | | FEMALE | WHITE | |
| Department | | | Title | |
| ADMINISTRATIVE SUPPORT | | | MEDICAL SUPPORT ASSISTANT | |

**Addresses**

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| 690 | SOUTH | 336 WEST | | LOOP | |
| City | State | Zip | Country | | Address Type |
| CONROE | TX | 77304 | | | WORK |

**Phones:**
(N/A) 9365224000

---

**Prepared By:** CARROLL, SCOTT T (SCOTT.CARROLL@VA.GOV)

**Submitted Date:** 11/30/2020 0908

**Signature:** Scott Carroll

**Reviewed By/Date:** B 2/1/21

| Case Number | 3302011166 | | |
|---|---|---|---|

### Contact # 5 (WITNESS)

| Full Name | | | |
|---|---|---|---|
| SYREETA STEWART | | | |
| Age | Date of Birth | Gender | Race |
| | | FEMALE | BLACK |
| Height | Weight | Hair Color | Eye Color |
| | | BLACK | BROWN |
| Approx. Age | Demeanor | Build | Clothing |
| | | SHORT | |
| Department | | Title | |
| ADMINISTRATIVE SUPPORT | | MEDICAL SUPPORT ASSISTANT | |

#### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| 690 | SOUTH | 336 WEST | LOOP | |
| City | State | Zip | Country | Address Type |
| CONROE | TX | 77304 | | WORK |

#### Phones :
(N/A) 9365224000

**Narrative text**

On 25 November 2020, I, Veteran Affairs (VA) Police Department (VAPD) Officer Scott Carroll, assigned to the VA Conroe Out-patient Clinic (COPC) in Conroe, Texas; was informed by COPC Registered Nurse (RN) Zulines Del Toro of a possible disruptive patient. I then investigated that report. The results of that investigation were as follows.

Upon arriving at RN Del Toro's work area, I was informed possible disruptive patient, Jonathan Smith (P-9240) had since departed the COPC. RN Del Toro stated Smith had arrived at the COPC following phone call to RN Del Toro. In that phone call preceding visit, RN Del Toro had instructed Smith, based on his reported symptoms, not to come to the COPC but rather, seek medical assistance in nearest Emergency Room (ER). Smith was angry over that phone call, refused medical advice and hung up on RN Del Toro. That phone call was at approximately 9:30 a.m.

In Smith's visit to the COPC, Smith demanded laboratory studies not authorized by Smith's Physician, refused medical assessment by RN Del Toro and left the COPC with RN Del Toro unable to provide comprehensive medical assessment. That visit to the COPC was at approximately 10:30 a.m.

Smith then called the COPC and upon being transferred to RN Del Toro, used loud, vulgar language to complain about his medical care while refusing medical care offered by RN Del Toro. Concurrent with that phone call, was similar behavior to COPC Medical Support Assistant (MSA) Venessa Klein who initially answered Smith's call. That phone call was made by Smith at approximately 11:50 a.m.

See Witness Statement by RN Del Toro noting above.

Supporting the RN Del Toro's statement was statement from MSA Klein. In MSA Klein's statement, she described Smith using loud, vulgar language to demand to speak with Medical Doctor (MD) Rebello. In trying to assist Smith, he hung up on MSA Klein twice as MSA Klein persisted in providing medical assistance with transferring Smith the RN Del Toro (see RN Del Toro's phone call at 11:50 a.m.).

Smith then called MSA Klein at approximately 4:23 p.m. demanding to speak with MD Rebello. MSA Klein attempted to contact MD Rebello without success. MSA Klein then transferred Smith to her supervisor, MSA Breaux.

See Witness Statement by MSA Klein.

| Prepared By: | Submitted Date |
|---|---|
| CARROLL, SCOTT T(SCOTT.CARROLL@VA.GOV) | 11/30/2020 0908 |
| **Signature** | **Reviewed By/Date** |
| *Scott Carroll* | *B 2/1/21* |

Page 3 of 4

Supporting MSA Klein's statement was statement from MSA Breaux. In MSA Breaux, statement, she received transferred call from MSA Klein. MSA Breaux then attempted to assist Smith in reaching MD Rebello without success as Smith was very demanding and hung up on MSA Breaux. Before hanging up, Smith stated to affect, "You have two options, either I speak with Doctor Rebello or I hang up and you deal with the consequences".

See Witness Statement by MSA Breaux.

Supporting above statements describing Smith's behavior was that of MSA Syreeta Stewart. MSA Stewart had checked Smith into the COPC upon Smith's visit to RN Del Toro as noted above. In that visit, Smith was very demanding, insisted on speaking to MD Rebello and not accepting the need to be screened by a RN before seeing a MD. Smith had called MSA Stewart after she checked him in to complain of his wait. Smith then met with RN Del Toro and departed the COPC.

See Witness Statement by MSA Stewart

Collectively, the above witness statements describe a pattern of loud, rude and vulgar phone calls and one actual visit by Smith demanded specific medical care/visit with MD Rebello while refusing/interrupting medical care other assistance provided by various COPC Staff Members. Although Smith made no direct threats or insults to Staff Members, his behavior caused stress, frustration and concern to several Staff Members who feared escalation of Smith's behavior.

Given the above facts and circumstances, I recommend Smith be referred to the Incident Review Assessment Committee (IRAC) for screening as a disruptive patient. This administrative action was concurrent with COPC Medical Staff filing a Disruptive Behavior Report and in finding no criminal violations to have occurred.

This incident should be closed to file.

| Prepared By: | Submitted Date |
|---|---|
| CARROLL, SCOTT T(SCOTT.CARROLL@VA.GOV) | 11/30/2020 0908 |
| **Signature** | **Reviewed By/Date** |
| *Scott Carroll* | 2/1/21 |

# Department of Veterans Affairs

## VOLUNTARY WITNESS STATEMENT

Location: COPC
Date: 11/25/2020

I, Zulines Del Toro, residing at or employed at COPC make the following statement freely and voluntarily:

9:30 AM Patient x called and requested blood work for "heart attack". This writer instructed the patient to go to ER. He stated that he was homeless and refused to go to ER. This writer contacted SW but patient refused her help. He got angry and hung up the phone.

10:30 AM - Patient came to the clinic and refused assessment. He was demanding "blood work for heart attack." He left the clinic very upset. He requested a phone call from Dr. Rebello.

11:50am Patient called again and once again refused help from this writer. He yelled at me and used vulgar language. He stated that he will call his legal adviser. Patient continues to yell to this writer and refusing care. He was very abusive to the front desk staff.

12:56 - Patient spoke to DR Rebello via phone and he apologized.

(Declarant Initials) RN, BSN
11/25/2020

Page 1 of 1

VA FORM JAN 1993 (R)  0024

Adobe Forms Designer 6.0

**Department of Veterans Affairs** — **VOLUNTARY WITNESS STATEMENT**

Location: _____    Date: 11/25/20

I, Venessa Klein, residing at or employed at VA CBOC, make the following statement freely and voluntarily:

I spoke with Veteran Smith, Jonathan about 1130/1145 when answering an incoming call. He had asked to speak with Dr. Rebello, I informed him she was in clinic but I will send a direct message to his PACT team (Dr. Rebello and Nurse) I asked if he had already left a message, he got very angry and stated he had ~~had~~ a heart attack and needed to have blood work testing done for his heart attack and he had already been to the clinic and sat in the parking lot for 3 hours and no one is helping him. He was very rude, used vulgar language was yelling several times during the conversation then hung up. I did call the veteran back and informed him that I was trying to assist him and he hung up the phone. I did let him know I was able to get a response back from the nurse he had seen earlier RN Del Toro, and transferred the call to RN Del Toro. Veteran called

(Declarant Initials) VK    Page 1 of 2

VA FORM JAN 1993 (R)    0024    Adobe Forms Designer 6.0

**Department of Veterans Affairs** — **VOLUNTARY WITNESS STATEMENT** *(Continuation Sheet)*

Statement of Venessa A. Klein

again around 1423 VK, I answered the incoming call. I recognized his voice, and he demanded to speak with Dr. Rebello. I told him I would send a message to Dr. Rebello and Craig, the nurse and he said he would wait on the line. Several minutes passed and I did not get a response from PACT Team. I asked him if he would like to speak with supervisor Clara because I was unable to get a response yet, and transferred the call to her, Clara Breaux

I have read/have had read to me the above statement consisting of __2__ page(s), and certify that it is true and correct to the best of my knowledge.

No threats or promises have been made to me and no pressure or coercion of any kind has been used against me.

_____   25 NOV 20
(Declarant) Signature         (Date)

_____   11/25/2020
(Witness) Signature           (Date)

Page 2 of 2

VA FORM 0024

Adobe Forms Designer 6.0

**Department of Veterans Affairs**

**VOLUNTARY WITNESS STATEMENT**

Location: _____

Date: 11/25/20

I, Clara Breaux, residing at or employed at Conroe Outpatient make the following statement freely and voluntarily:

On 11/25/200 @ 1623 Ms. Klein asked if I could speak with patient Smith, Jonathan (9240) stating patient does not want to speak with anyone except Dr. Rebello. When Ms. Klein trasferred the call, Veteran Smith stated he only wanted to speak with Dr. Rebello. When I told him she is in clinic and may not be able to speak with him. Patient stated his disability has dropped to 20% and Dr. Rebello is the only one who can help. I attempted to explain to the Veteran about his disability, patient stated "You have two options, either I speak with Dr. Rebello or I hung up and you deal with the consequences." My response was, "I am trying to help you." Patient did not allow me to speak and hung up the phone.

(Declarant Initials) CB

Page 1 of 2

VA FORM
JAN 1993 (R)   0024

Adobe Forms Designer 6.0

**Department of Veterans Affairs** | **VOLUNTARY WITNESS STATEMENT** *(Continuation Sheet)*

Statement of

_(page crossed out diagonally)_

I have read/have had read to me the above statement consisting of _____ page(s), and certify that it is true and correct to the best of my knowledge.

No threats or promises have been made to me and no pressure or coercion of any kind has been used against me.

_____  11/25/20
(Declarant) Signature                    (Date)

_____  11/25/2020         Page 2 of 2
(Witness) Signature                    (Date)

VA FORM 0024                                              Adobe Forms Designer 6.0

**Department of Veterans Affairs**

## VOLUNTARY WITNESS STATEMENT

Location: _____   Date: 11/25/2020

I, Syreeta Stewart, residing at or employed at Conroe VA Clinic make the following statement freely and voluntarily:

Pt arrived to my window agitated because he had been calling the clinic since 8am. Pt stated that he felt like he may have had a heart attack and wanted to see Dr. Rebello. I advised pt that I would check him in to see Dr. Rebello as a walk in. Pt left window and sat down to wait. Phone rang and it was pt on the line saying he just wanted to speak with Dr. Rebello because he thinks he may have had a heart attack. Pt stated he didn't want to speak with a nurse, that he wanted to talk to Dr. Rebello. I hung up phone then came back to my window and he said he didn't know why it was taking so long. He should have been called back. Pt got med then left clinic.

*(Declarant Initials)* SS

Page 1 of 1

VA FORM
JAN 1993 (R)     0024

Adobe Forms Designer 6.0